## MEISTRELL v. SCHMITT.

(Supreme Court, Appellate Division, Second Department.  March 24, 1911.)

Appeal from Municipal Court of New York.

Action by Henry 'F. Meistrell against Philip Schmitt.  Judgment for plaintiff, and defendant appeals.  Affirmed.

Argued before JENKS, P. J., and HIRSCHBERG, BURR, WOODWARD, and RICH, JJ.

Harrison C. Glore, for appellant.

PER CURIAM.  Judgment of the Municipal Court affirmed, with costs.

HIRSCHBERG, J. (dissenting).  The return in this case recites the granting of a judgment, which was rendered and docketed on June 28, 1910, in favor of the plaintiff and against the defendant for the sum of $185.72 damages and costs taxed at the sum of $19.48. Two notices of appeal appear in the record.  One is not subscribed either by the appellant or by his attorney in the appellate court, as required by section 311 of the Municipal Court act (Laws 1902, c. 580), and recites that the judgment appealed from was one rendered on June 29, 1910; costs being $21.40. · The other notice of appeal is properly subscribed, but recites that the judgment appealed from was one rendered on June 29, 1910, for the sum of $170 damages and $17 costs.

In the circumstances, the appeal should be dismissed, with costs.